## Case No. 4,732.

FENWICK v. BRENT et al.

[1 Cranch, C. C. 280.] [1]

Circuit Court, District of Columbia. Dec. Term, 1805.

But THE COURT continued the cause.